**Order filed July 19, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00360-CV
_____

**THE STATE OF TEXAS, Appellant**

**V.**

**APPROXIMATELY $110,540.00, Appellee**

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2017-09348**

## O R D E R

Appellant's brief was due July 6, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 20, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM